## In re: Frank J. JAKUBAITIS.

### No. 2007–1371.

United States Court of Appeals, Federal Circuit.

July 3, 2007.

Frank J. Jakubaitis, pro se.

ON MOTION

*ORDER*

The Director of the United States Patent and Trademark Office moves to remand to the Patent and Trademark Office. The Director states that Frank J. Jakubaitis consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.